## (July 20, 1965)

■    In the Matter of the Claim of SIDNEY L. WELTMAN, Respondent. DEMPSEY-TEGELER & CO., INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application for an appointment of an attorney and counselor at law to represent claimant-respondent on an appeal from a decision of the Appeals Board granted; and Donald L. Slater, Esq., of Cortland,

assigned for that purpose (Labor Law, § 538). Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.